UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION
FUND, et al.,

                        Plaintiff,

       v.

MARTIN G. MAIDMENT,

                        Defendant.

ORDER

14-cv-19-wmc

---

The court having been advised by counsel that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 5th day of January, 2015.

                        BY THE COURT:

                        /s/

                        _____
                        William M. Conley
                        District Judge